Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MARSHA LINEHAN, an individual; and BEHAVIORAL TECH RESEARCH, INC., a Washington corporation, | Case No. 2:21-cv-01330-RAJ-BAT |
| *Plaintiffs*, | STIPULATION AND ORDER TO EXTEND CASE DEADLINES |
| v. | |
| MARIE INSTITUTE OF BEHAVIORAL TECHNOLOGY d/b/a THE LINEHAN INSTITUTE, a Washington nonprofit corporation; and BEHAVIORAL TECH, LLC, a Washington limited liability company, | |
| *Defendants*. | |

The parties, by and through their undersigned counsel and subject to the approval of the Court, hereby stipulate and agree that the following deadlines set forth in the Court's November 12, 2021 Order (Dkt. 14) shall be extended as set forth in the table below.

WHEREAS the Complaint was filed on September 29, 2021;

WHEREAS the parties are working in good faith to evaluate whether their disputes may be resolved;

WHEREAS discovery in this case has not started, and no trial date has been set;

NOW, THEREFORE, SUBJECT TO APPROVAL BY THE COURT, IT IS HEREBY STIPULATED AND AGREED that the November 12, 2021 Order shall be modified to set the following case deadlines:

| Event | Current | Proposed: |
|---|---|---|
| Deadline for Fed. R. Civ. P. 6(f) Conference | Dec. 10, 2021 | Jan. 28, 2022 |
| Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) | Dec. 27, 2021 | Feb. 14, 2022 |
| Combined Joint Status Report and Discovery Plan as Required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f) | Jan. 7, 2022 | Feb. 25, 2022 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: November 30, 2021.

Respectfully submitted,

*/s/ Binah B. Yeung*
Binah B. Yeung WSBA No. 44065
E-mail: byeung@cairncross.com
Michael Atkins WSBA No. 26026
E-mail: matkins@cairncross.com
Troy Hatfield WSBA No. 53030
E-mail:thatfield@cairncross.com
CAIRNCROSS & HEMPELMANN, P.S.
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308

*Attorneys for Plaintiffs*

*/s/ Douglas A. Grady*
Douglas A. Grady, WSBA No. 36100
BAKER & HOSTETLER LLP
999 Third Avenue
Suite 3900
Seattle, WA 98104-4076
Tel:   206.332.1380
FAX:   206.624.7317
E-mail:dgrady@bakerlaw.com

*Attorney for Defendants*

**[PROPOSED] ORDER**

It is so ORDERED that pursuant to the parties' stipulation (Dkt. 15), the following case deadlines shall be extended as set forth below.

| | |
|---|---|
| Deadline for Fed. R. Civ. P. 6(f) Conference | Jan. 28, 2022 |
| Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) | Feb. 14, 2022 |
| Combined Joint Status Report and Discovery Plan as Required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f) | Feb. 25, 2022 |

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

/s/ Binah B. Yeung
Binah B. Yeung WSBA No. 44065
CAIRNCROSS & HEMPELMANN, P.S.
E-mail: byeung@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308

*Attorneys for Plaintiffs*

/s/ Douglas A. Grady
Douglas A. Grady, WSBA No. 36100
BAKER & HOSTETLER LLP
999 Third Avenue
Suite 3900
Seattle, WA  98104-4076
Tel:    206.332.1380
FAX:   206.624.7317
E-mail:dgrady@bakerlaw.com

*Attorney for Defendants*

1
2
3

## <u>CERTIFICATE OF SERVICE</u>

4
5

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

6
7

November 30, 2021.          *s/  Laetitia Knox*

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPULATION TO EXTEND CASE DEADLINES
Case No. 2:21-cv-01330-BAT - 4